**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| v. | § | Cr. No. C-06-380 (6) |
| | § | C.A. No. C-08-377 |
| CATARINO GUTIERREZ, JR., | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The Court enters final judgment dismissing without prejudice defendant Catarino Gutierrez, Jr.'s motion pursuant to 28 U.S.C. § 2255.

It is so ORDERED this 2nd day of December, 2008.

_____
Janis Graham Jack
United States District Judge